DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PHYLLIS ZIMMET,**
Appellant,

v.

**DOROTHY WINKLER,** Individually, and as Trustee of the Elaine Quart
Trust dated August 5, 1999, as amended,
Appellee.

No. 4D16-4286

[October 5, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm
Beach County; Jessica Ticktin, Judge; L.T. Case No. 2015CP002801.

Brandan J. Pratt and Jennifer L. Fox of Huth, Pratt & Milhauser, Boca
Raton, for appellant.

R. Lee McElroy IV of Downey | McElroy, P.A., Palm Beach Gardens, for
appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***